UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE E. ELLIS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 12-08** |
| | **SECTION "I" (4)** |
| **CITY OF GRETNA, GRETNA POLICE DEPARTMENT, GRETNA CHIEF OF POLICE, ARTHUR LAWSON, OFFICER ROLAND KINDELL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CITY OF GRETNA POLICE OFFICER** | **MAGISTRATE** <br><br> **CIVIL RIGHTS UNDER 42 U.S.C. 1983** |

### ORDER

**IT IS HEREBY ORDERED** that this civil matter be stayed and administratively closed until the criminal proceeding has been resolved. The case may be reopened on written motion from either party.

New Orleans, Louisiana this  7th  day of  September  2012.

_____
JUDGE